FILED

12/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0754

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. OP 24-0754

T.C.C.,
Petitioner,

v.

MONTNA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY, THE HONORABLE MARY JANE KNISELY, PRESIDING JUDGE
Respondent.

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS**

**PETITION FOR WRIT OF SUPERVISORY CONTROL**

UPON GOOD CAUSE SHOWN, Petitioner's Motion to Dismiss Petition for Writ of Supervisory Control is hereby GRANTED. As such, Petitioner's Petition for Writ of Supervisory Control is hereby DISMISSED.

DONE and DATED as set forth below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 31 2024